NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

SCIELE PHARMA INC. (NOW KNOWN AS
SHIONOGI PHARMA INC.),
*Plaintiff-Appellee,*

AND

ANDRX CORPORATION, ANDRX
PHARMACEUTICALS INC. (DOING BUSINESS AS
WATSON LABORATORIES INC. – FLORIDA),
ANDRX PHARMACEUTICALS L.L.C., ANDRX
LABORATORIES (NJ) INC., ANDRX EU LTD., AND
ANDRX LABS L.L.C.,
*Plaintiffs,*

v.

LUPIN LTD. AND LUPIN PHARMACEUTICALS
INC.,
*Defendants-Appellants,*

AND

MYLAN INC. AND MYLAN PHARMACEUTICALS
INC.,
*Defendants.*

---

2012-1228

---

Appeal from the United States District Court for the District of Delaware in consolidated case no. 09-CV-0037, Judge Robert B. Kugler.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the February 27, 2012 order expediting briefing on the merits of this appeal,

IT IS ORDERED THAT:

Oral argument for the merits of the appeal is scheduled to be held at 2 p.m., April 18, 2012 in Courtroom 402. The parties shall notify the clerk in writing of the name of the counsel who will present oral argument no later than April 6, 2012.

FOR THE COURT

MAR 2 8 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: David B. Bassett, Esq.
　　Douglass C. Hochstetler, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 8 2012

JAN HORBALY
CLERK